IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEANINE BUNZIGIYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:26-CV-1238-G-BW |
| LOANCARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case.  No objections were filed.  The District Judge reviewed

the proposed findings, conclusions, and recommendation for plain error.  Finding

none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the

United States Magistrate Judge.  Accordingly, the plaintiff Jeanine Bunzigiye's

motion to remand (docket entry 8) is **GRANTED**, and the defendant LoanCare,

LLC's motion to transfer (docket entry 11) is **DENIED**.

Accordingly, this case is **REMANDED** to the 431st Judicial District Court of

Denton County, Texas.  The Clerk of Court shall mail a certified copy of this order to

the district clerk of Denton County, Texas.  28 U.S.C. § 1447.

**SO ORDERED**.

May 28, 2026.

A. JOE FISH
Senior United States District Judge